IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COLLECTIVE ASSET PARTNERS, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-12-0203 |
| VTRADER PRO LLC and HERB C. KURLAN, | § § § § | |
| Defendants. | § | |

# ORDER

This is a breach-of-contract lawsuit. One of the defendants, Herb C. Kurlan, has moved to dismiss the complaint for failure to state a claim. (Docket Entry No. 6). The plaintiff has amended its complaint as a matter of course. *See* FED. R. CIV. P. 12(a)(1)(B). Therefore, Kurlan's motion to dismiss, (Docket Entry No. 6), is denied as moot, without prejudice to filing a motion to dismiss directed to the amended complaint.

SIGNED on May 15, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge